No. 75–917. HOSTROP v. BOARD OF JUNIOR COLLEGE DISTRICT No. 515 ET AL.; and

No. 75–1035. BOARD OF JUNIOR COLLEGE DISTRICT No. 515 ET AL. v. HOSTROP. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions. Reported below: 523 F. 2d 569.

No. 75–1186. BROMBERG v. CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.